**Filiberto DEGANTE, Petitioner,**

v.

**Eric H. HOLDER, Jr.,[1] Attorney General of the United States, Respondent.**

**No. 08–1195.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 2, 2009.

Filed: June 8, 2009.

Joseph Lopez Wilson, Omaha, NE, for Petitioner.

Michelle Gorden Latour, Sada Manickam, Michele Yvette Frances Sarko, Karen Yolanda Drummond, Richard M. Evans, U.S. Department of Justice, Washington, DC, Jeff Lynch, U.S. Department of Homeland Security, Omaha, NE, for Respondent.

Before RILEY, SMITH, and BENTON, Circuit Judges.

**PER CURIAM.**

Filiberto Degante, a native of Mexico, petitions for review of an order of the Board of Immigration Appeals (BIA) that summarily affirmed an immigration judge's (IJ's) denial of his application for cancellation of removal. We lack jurisdiction to review the IJ's determination that Degante failed to show the requisite exceptional and extremely unusual hardship that his removal would cause his United-States–citizen children. *See* 8 U.S.C. § 1229b(b) (cancellation-of-removal eligibility requirements for nonpermanent residents); 8 U.S.C. § 1252(a)(2)(B)(i) (no court shall have jurisdiction to review any judgment regarding denial of relief under, inter alia, § 1229b); *Zacarias–Velasquez v. Mukasey*, 509 F.3d 429, 434 (8th Cir. 2007) (whether alien meets exceptional-and-extremely-unusual-hardship threshold " 'is precisely the discretionary determination that Congress shielded from our review' " under § 1252(a)(2)(B) (quoting *Meraz–Reyes v. Gonzales*, 436 F.3d 842, 843 (8th Cir.2006) (per curiam))).

Accordingly, we dismiss the petition.